UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARTHUR DAVIS,<br>            Plaintiff,<br>    v.<br>ALAMEDA COUNTY SHERIFF DEPARTMENT, et al.,<br>            Defendants. | Case No. 20-cv-00542-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a pretrial detainee housed at Santa Rita Jail at the time he filed this complaint, has filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983, challenging his placement and retention in administrative segregation while housed at Santa Rita Jail. *See generally* Dkt. No. 1. Plaintiff has not communicated with the Court since he filed his initial complaint. All the court orders and notices served on plaintiff have been returned to the Court as undeliverable with the notation that plaintiff is no longer in custody. Dkt. Nos. 4, 9, 12, 13. The Alameda County Sheriff's Office has informed the Court that plaintiff is no longer in custody. Dkt. No. 11. The Court is unable to locate plaintiff in the CDCR Inmate Locator.

Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* N.D. Cal. L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b). The first court notice was returned as undeliverable on February 6, 2020. Dkt. No. 4. More than sixty days have passed since the mail addressed to plaintiff was returned as undeliverable. The Court has not received a notice from plaintiff of a new address.

Accordingly, the instant civil rights action is DISMISSED without prejudice pursuant to N.D. Cal. L. R. 3-11.

The Clerk shall terminate any pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: 4/30/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge