UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ARTHUR DAVIS,

        Plaintiff,

   v.

ALAMEDA COUNTY SHERIFF DEPARTMENT, et al.,

        Defendants.

Case No. 20-cv-00542-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, this action is DISMISSED. The Clerk shall enter judgment in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  4/30/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge